FERN I. COLE, *Respondent,* v. DONALD BROWN, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 86–2–01536–0, Gerald L. Knight, J., entered October 17, 1988. *Reversed* by unpublished opinion

per Pekelis, J., concurred in by Coleman, C.J., and Forrest, J.